# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SAFECO INSURANCE COMPANY OF ILLINOIS,**
Appellant,

v.

**MATTHEW MELTON** and **JENNIFER MELTON,**
Appellees.

No. 4D20-1663

[October 28, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 2015CA000939.

Anthony J. Russo and Eric M. Zivitz of Butler Weihmuller Katz Craig LLP, Tampa, for appellant.

William R. Ponsoldt, Jr. of Wright, Ponsoldt & Lozeau Trial Attorneys, LLP, Stuart, and Robin Bresky and Jonathan Mann of Bresky Law, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, ARTAU, JJ., and HARPER, BRADLEY, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***